IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Beverly Malvern, ) | No. CV 11-167-TUC-FRZ (HCE) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Tucson Medical Center, et al., ) | |
| Defendants. ) | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Estrada that recommends dismissing this case. A review of the record reflects that no objections were filed to the Report and Recommendation.

The Court has reviewed the record and concludes that Magistrate Judge Estrada's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Estrada's Report and Recommendation (Doc. 10) is accepted and adopted.

(2) This case is dismissed.

(3) The Clerk of the Court shall enter judgment and close the file in this case.

DATED this 29th day of June, 2012.

Frank R. Zapata
Senior United States District Judge